**Jerome L. HOWE, Jr., Appellant,**

v.

**A.L.D. SERVICES, INC., and Alan Deutschmann, Respondents.**

No. 73213.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 15, 1998.

J. Patrick Chassaing, Paul E. Martin, St. Louis, for appellant.

Barry S. Ginsburg, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

*ORDER*

PER CURIAM.

Jerome L. Howe, Jr. appeals the judgment entered in his favor for attorney fees in the amount of $5000. We have reviewed the briefs of the parties and the record on appeal

and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).